JASON FLICKINGER, *Pro Se*

1790 Valla drive

San Jose, CA 95124

jasonaflickinger@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

JASON ARCHIE FLICKINGER,

   Plaintiff,

  v.

JAQUELINE REYES CASTILLO, et al.

   Defendants.

Case No. 5:24-cv-02915

**PLAINTIFF's *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

1

# INTRODUCTION

Plaintiff, proceeding pro se, respectfully requests a 30-day extension of time to file the Second Amended Complaint. On February 25th, 2026, this Court granted Defendant Coahuila's motions to dismiss with leave to amend by March 27th, 2026 (ECF No. 70). If granted, the deadline to file the Second Amended Complaint would be Monday, April 27th, 2026.

A brief extension will allow Plaintiff adequate time to review the record and prepare a compliant amended complaint consistent with the Court's guidance.

# LEGAL STANDARD

Under Federal Rule of Civil Procedure 6(b)(1), the Court may extend deadlines for good cause. Good cause exists where a deadline cannot reasonably be met despite diligence. Plaintiffs submit that such cause exists here.

# ARGUMENT

**1. Additional Time Will Permit Meaningful Amendment**

This action involves multiple defendants, several federal and state claims, and tortious conduct in Coahuila, Mexico. The Court's R&R provides specific guidance regarding pleading deficiencies. A modest time extension will ensure that any amended pleading is focused and responsive to the Court's directives.

Plaintiff's Coahuila attorneys have abandoned Plaintiff as a client, and they will not provide Plaintiff's work-product. These acts necessitate analysis, addition of new defendants, and additional causes of action.

**2. Plaintiff Is Acting Diligently**

2

Plaintiff's Ex Parte Application for extension of time to file Second Amended Complaint

Case 5:24-cv-02915

Plaintiff has been researching and writing the Second Amended Complaint since this Court's R&R on August 27th, 2025. The topics researched has been focused on FSIA Wavier, FSIA Commercial Activity, Supplemental Jurisdiction, Contract Law, Invasion of Privacy case law, and Agency Law.

Plaintiff has been reviewing myriad Coahuila legal documents and listening to myriad phone calls with his previous three law firms in Coahuila. These are all in Spanish, with many errors and inconsistencies, making the tasks more time consuming that originally estimated.

**3. No Prejudice to Defendants**

This case remains at the pleading stage. No discovery schedule has been entered. A short extension will not prejudice Defendants and will assist in efficient case management.

## REQUEST FOR RELIEF

Plaintiffs respectfully request a 30-day extension of the current March 27th, 2026 deadline to file the Second Amended Complaint.

Dated: March 20, 2026

Respectfully submitted.

**/s/ Jason Flickinger**

JASON FLICKINGER

Plaintiff Pro Se



3